**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 34 EM 2018 |
| Petitioner | : | |
| v. | : | |
| PROTHONOTARY, COURT OF COMMON PLEAS, PHILADELPHIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 18th day of June, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.